1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22                              **EXHIBIT A**
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[GoDaddy receipt screenshot showing billing to Bryan Kahn, 2820 NE 40th CT, Lighthouse Point, Florida 33064, for .COM Domain Registration and Personal Website Builder, Total $12.19]

13

**EXHIBIT B**

14

2:07 PM

**EXHIBIT C**

17

**EXHIBIT D**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT E**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19                              **EXHIBIT F**
20
21
22
23
24
25
26
27
28

23