JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN KAHN,<br><br>        Plaintiff,<br><br>v.<br><br>CJ ENM AMERICA, INC. and BIG HIT ENTERTAINMENT COMPANY,<br><br>        Defendants. | Case No. CV 21-3230-DMG (KSx)<br><br>**JUDGMENT** |

1    On March 28, 2022, the Court granted Defendants CJ ENM America, Inc. and Big
2 Hit Entertainment Company's Motions to Dismiss Plaintiff Bryan Kahn's First Amended
3 Complaint, with prejudice. Accordingly, IT IS HEREBY ORDERED, ADJUDGED,
4 AND DECREED that Judgment is entered against Plaintiff Bryan Kahn and in favor of
5 Defendants CJ ENM America, Inc. and Big Hit Entertainment Company.

7 DATED: March 28, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE